IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR M. HAWKINS,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                                      No. 04-CV-0782-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Hawkins' May 16, 2006 motion to continue stay (Doc. 24). Hawkins moves the Court to stay this matter pending his participation in an on-going criminal investigation which contains issues directly related to the issues contained in this matter. As of this date, the Government has not responded to the motion. Said motion is **GRANTED**. The parties shall notify the Court once the stay may be lifted.

**IT IS SO ORDERED.**

Signed this 5th day of June, 2006.

/s/         David   RHerndon
**United States District Judge**