IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR M. HAWKINS,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                                                                 No. 04-CV-0782-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Hawkins' motion to dismiss 28 U.S.C. § 2255 (Doc. 39). Hawkins moves the Court to withdraw his 28 U.S.C. § 2255 or in the alternative that the Court dismiss the same with prejudice. The Government does not oppose the motion. Accordingly, the Court **GRANTS** the motion to dismiss. The Court **DISMISSES with prejudice** Hawkins' 28 U.S.C. § 2255 petition. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**