# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARTHUR M. HAWKINS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | No. 04-CV-782-DRH |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner, Arthur M. Hawkins', Motion to Vacate, Set Aside or Correct Sentence pursuant to **28 U.S.C. §2255**.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 4, 2009, the Respondent's motion to dismiss is **GRANTED** and this case is **DISMISSED** with prejudice-----------------------------------------------------------

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**


                                  **BY:**      **/s/*Sandy Pannier***
                                                    **Deputy Clerk**

Dated: December 4, 2009


APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT